UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE,<br><br>    Plaintiff,<br><br>    v.<br><br>OSCAR SMITH, et al.,<br><br>    Defendants. | No.  2:18-cv-2040 KJM AC P<br><br><br>ORDER |

Plaintiff is a state prisoner incarcerated at R.J. Donovan Correctional Facility, under the authority of the California Department of Corrections and Rehabilitation.  Plaintiff proceeds pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983.  However, the complaint lacks plaintiff's signature.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send plaintiff, together with a copy of this order: (1) a blank copy of the last page of the form civil rights complaint used by prisoners in this district; and (2) a copy of pages 1 through 12 of the complaint (ECF No. 1) for plaintiff's reference.

2. Plaintiff shall sign and date the new last page of the complaint, complete the portion entitled "State the relief you are seeking," and return the completed page to the court with the attached Notice of Submission.

3. Plaintiff shall return these documents within thirty (30) days after the filing date of this order; failure to timely return these documents shall result in a recommendation that this action be dismissed without prejudice

4. Upon receipt of the completed page, the Clerk of Court is directed to electronically designate and attach it as Page 13 of the complaint (ECF No. 1) and to renumber the exhibits accordingly.

IT IS SO ORDERED.

DATED: April 21, 2020

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE,<br><br>             Plaintiff,<br><br>     v.<br><br>OSCAR SMITH, et al.,<br><br>             Defendants. | No.  2:18-cv-2040 KJM AC P<br><br><br>NOTICE OF SUBMISSION OF DOCUMENT |

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

    \_\_\_\_\_     Last page of the complaint, completed, dated and signed

_____       _____
Date                                                             Plaintiff