UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, | No. 2:18-cv-2040 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| OSCAR SMITH, et al., | |
| Defendants. | |

      Plaintiff is a state prisoner at R.J. Donovan Correctional Facility, under the authority of the California Department of Corrections and Rehabilitation (CDCR), who proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff paid the filing fee on August 15, 2018. The court later informed plaintiff that he could seek leave to apply for in forma pauperis status. ECF No. 8 at 9. Plaintiff has now submitted a completed application to proceed in forma pauperis that makes the showing required by 28 U.S.C. § 1915(a). See ECF No. 15. Accordingly, plaintiff's request to proceed in forma pauperis will be granted and the Clerk of Court will be directed to refund plaintiff's payment of the filing fee.

      Plaintiff will remain responsible for paying the statutory filing fee of $350.00 for this action, with incremental payments over time. 28 U.S.C. §§ 1914(a), 1915(b)(1). This order will assess an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1). By separate order, the court will direct CDCR to collect the initial partial filing fee from plaintiff's

1

1  trust account and forward it to the Clerk of the Court.  Thereafter, plaintiff will be obligated to
2  make monthly payments totaling twenty percent of the preceding month's income credited to his
3  prison trust account.  These payments will be forwarded by CDCR to the Clerk of Court each
4  time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28
5  U.S.C. § 1915(b)(2).

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Plaintiff's request for leave to proceed in forma pauperis, ECF No. 15, is GRANTED.

      2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee in accordance with 28 U.S.C. § 1915(b)(1).  All fees shall be collected and paid in accordance with this court's order to the Director of CDCR filed concurrently herewith.

      3.  Within thirty (30) days after the filing date of this order, the Clerk of Court shall refund plaintiff the full filing fee ($400.00) he paid on August 15, 2018.

      4.  The Clerk of Court is also directed to serve a copy of this order on the Financial Department of this court.

DATED: September 17, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE