UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, | No. 2:18-cv-2040 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| OSCAR SMITH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner at R.J. Donovan Correctional Facility, under the authority of the California Department of Corrections and Rehabilitation (CDCR). Plaintiff proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff paid the full filing fee of $400.00 on August 15, 2018 but later requested, and was granted, in forma pauperis (IFP) status, which requires payment of only $350.00.[1] See ECF No. 16. When the court granted plaintiff in forma pauperis status, it inadvertently issued this court's standard order directing CDCR to withdraw periodic payments from plaintiff's prison trust account to pay the IFP filing fee over time. See ECF No. 17. CDCR has commenced the withdrawal of periodic payments.

Plaintiff has now filed a motion requesting a refund of $90.00, comprised of the $50.00 administrative fee for which he is no longer responsible, see n.1, and CDCR's first periodic

---

[1] The filing fee for litigants proceeding in forma pauperis is $350.00; all others must pay a total of $400.00 (the $350.00 filing fee plus a $50.00 administrative fee).

1

withdrawal of $40.00 in response to the court's order inadvertently filed September 17, 2020, see ECF No. 17.  See ECF No. 23.  For good cause shown, plaintiff's motion will be granted and the Financial Department of this court will be directed to return plaintiff's overpayments.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for reimbursement, ECF No. 23, is GRANTED.

2. The court's order filed September 17, 2020, ECF No. 17, is VACATED; the California Department of Corrections and Rehabilitation is directed to stop making withdrawals from plaintiff's prison trust account in response to that order.

3. The Financial Department of this court is directed to (1) reimburse plaintiff $90.00, as described above, and (2) reimburse plaintiff any further withdrawals made from his prison trust account in response to this court's order filed September 17, 2020 (ECF No. 17).

4. The Clerk of Court is directed to serve a copy of this order on:  (1) Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814, and (2) the Financial Department of this court.

IT IS SO ORDERED.

DATED: November 30, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE