UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE,<br><br>  Plaintiff,<br><br>  v.<br><br>OSCAR SMITH, et al.,<br><br>  Defendants. | No. 2:18-cv-2040 KJM AC P<br><br><br>ORDER |

    Plaintiff is a state prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983. By order filed October 14, 2020, this case was referred to the court's Post-Screening ADR (Alternative Dispute Resolution) Project and stayed for a period of 120 days. ECF No. 21. A settlement conference is currently scheduled for February 10, 2021. ECF No. 22.

    Counsel for defendants now requests to opt out of the ADR settlement conference. ECF No. 25. Review of defendants' request demonstrates that it is supported by good cause.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Defendants' motion to opt out of the Post-Screening ADR Project, ECF No. 25, is GRANTED;

    2. The settlement conference scheduled for February 10, 2021, ECF No. 22, is VACATED;

3. The stay of this action is LIFTED forthwith; and

4. Defendants shall file and serve their answer to the complaint within thirty (30) days after the filing date of this order.

IT IS SO ORDERED.

DATED: December 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE