IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIRK JAONG BOUIE, JR.,** | Case No. 2:18-cv-02040 KJM AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **OSCAR SMITH, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING, IT IS ORDERED** that Defendants' First Motion to Modify the Scheduling order is **GRANTED**. The last day to serve discovery is now April 8, 2021, and the discovery and motion to compel cut off is now June 7, 2021.

DATED: March 8, 2021

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE