IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIRK JAONG BOUIE, JR.,** | Case No. 2:18-cv-2040 KJM AC P |
| Plaintiff, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **OSCAR SMITH, et al.,** | |
| Defendants. | |

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Motion to Stay Discovery and Vacate Discovery and Scheduling Order is **GRANTED**. Discovery pertaining to issues other than the exhaustion of an administrative remedy will not be permitted absent an order from this Court. Any merits-based discovery already served will be held in abeyance until 45 days after a final order on Defendants' Exhaustion-Based Motion for Summary Judgment. A new Discovery and Scheduling Order will be issued after a final ruling on Defendants' Exhaustion-Based Motion for Summary Judgment as needed.

DATED: March 19, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:18-cv-02040 KJM AC (PC))