UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:18-cv-2040 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| OSCAR SMITH, et al., | |
| Defendants. | |

      Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion requesting blank subpoena forms for incarcerated and unincarcerated witnesses. ECF No. 45.

      Federal Rule of Civil Procedure 45(a)(3) requires that "[t]he clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it." Therefore, plaintiff's request will be granted and the Clerk of the Court will be directed to send plaintiff a blank subpoena form.[1] However, plaintiff is advised that the court will not direct the U.S. Marshal serve the subpoenas unless trial has been set or there is a hearing scheduled at which the witness is to testify. Furthermore, limitations on a subpoena include the relevance of the testimony sought and the location of the witness, Fed. R. Civ. P. 26, 45, and the court will not order the appearance of a

---

[1] The court's subpoena form does not distinguish between incarcerated and unincarcerated or willing and unwilling witnesses.

1

witness or service of a subpoena on a witness unless plaintiff has complied with the procedures outlined in the discovery and scheduling order (ECF No. 28 at 2-4).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a blank subpoena form, ECF No. 45, is GRANTED.

2. The Clerk of the Court is directed to provide plaintiff with a signed but otherwise blank Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action.

DATED: April 2, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE