UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:18-cv-2040 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| OSCAR SMITH, et al., | |
| Defendants. | |

Plaintiff has filed a motion for a thirty-day extension of time to file a response to defendants' motion for summary judgment and motion for stay of discovery. ECF No. 47. The motion will be granted as to the time respond to the motion for summary judgment. However, the motion to stay discovery has already been granted and the request for an extension of time to respond to that motion will therefore be denied as moot. If plaintiff wishes to conduct discovery on any matter other than exhaustion while the motion for summary judgment is pending, he should file a motion that includes a copy of the discovery requests he wants to serve and that explains why the requests cannot wait until after the resolution of the motion for summary judgment.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file responses, ECF No. 47, is GRANTED as to defendants' motion for summary judgment and DENIED as moot with respect to defendants' motion to stay discovery.

2. Plaintiff shall have thirty days from the service of this order to file his response to defendants' motion for summary judgment.

DATED: April 12, 2021

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE