UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK JAONG BOUIE, JR., | No. 2:18-cv-2040 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| OSCAR SMITH, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to amend the exhibits to his opposition to defendants' motion for summary judgement. ECF No. 53. However, as already addressed by the court in response to plaintiff's previous notice regarding the same issue, the pages plaintiff believed to be missing from his exhibits were included in the copy he sent to the court, except for some of the pages from the OIG Report on High Desert State Prison, which is available online. Thus, there is no need for plaintiff to file amended exhibits.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend the exhibits to his opposition to defendants' motion for summary judgment, ECF No. 53, is DENIED.

DATED: June 4, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE