1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DIRK JA'ONG BOUIE, JR.,                    No.  2:18-cv-02040 KJM AC P

12                  Plaintiff,

13        v.                                    ORDER

14   OSCAR SMITH, et al.,

15                  Defendants.

16

17        Plaintiff filed a motion for a forty-five-day extension of time to file objections to the

18   June 18, 2024 findings and recommendations.  Good cause appearing, IT IS HEREBY

19   ORDERED that:

20        1.  Plaintiff's motion for an extension of time (ECF No. 94) is granted; and

21        2.  Plaintiff shall have forty-five days from the service of this order to file any objections

22   to the findings and recommendations.

23   DATED:  July 10, 2024.

24

25   _____

26   ALLISON CLAIRE
     UNITED STATES MAGISTRATE JUDGE
27

28